**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Jamie M. Bennett*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

DIRECT: 410-209-4838
MAIN: 410-209-4800
FAX: 410-962-2310
TTY/TDD: 410-962-4462
Jamie.Bennett@usdoj.gov

January 29, 2007

The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: United States v. Darrel Antonio Burrell
       <u>Criminal No. WMN-98-210</u>

Dear Judge Nickerson:

    With Mr. Burrell's sentencing having been postponed until March 7, 2007, defense counsel and I have agreed, if the Court has no objection, that the government's Memorandum In Aid of Resentencing can be filed on February 9, 2007 instead of January 31, 2007.

    Of course, the government has no objection to a similar extension of time for defense counsel to file any reply.

                Respectfully submitted,

                Rod J. Rosenstein
                United States Attorney

                By:____/s/_____
                    Jamie M. Bennett
                    Assistant United States Attorney
                    36 South Charles Street
                    Fourth Floor
                    Baltimore, Maryland 21201
                    (410) 209-4800