**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

_____

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *DIRECT: 410-209-4838*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-2310* |
| *Jamie M. Bennett*<br>*Assistant United States Attorney* | | *TTY/TDD: 410-962-4462*<br>*Jamie.Bennett@usdoj.gov* |

February 8, 2007

The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: United States v. Darrel Antonio Burrell
       Criminal No. WMN-98-210

Dear Judge Nickerson:

    I will be out of the office until February 12, 2007 due to a death in my family, and respectfully request a further extension, from Friday, February 9, 2007 until Wednesday, February 14, 2007, to file the government's Memorandum In Aid of Resentencing. Although I have not spoken to Mr. Montemarano about this, based upon our past agreements, I know that he will not object to this request.

    Of course, the government has no objection to a similar extension of time for defense counsel to file any reply.

            Respectfully submitted,

            Rod J. Rosenstein
            United States Attorney


          By:____/s/_____
            Jamie M. Bennett
            Assistant United States Attorney
            36 South Charles Street
            Fourth Floor
            Baltimore, Maryland 21201
            (410) 209-4800